# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANN MAYER AND RUSELL MAYER, DDS

VERSUS

GLOBAL ENERGY SERVICES, INC. OF LOUISIANA, GLOBAL ENERGY SOLUTIONS, LLC, DAVID GILL, HARTFORD FIRE INSURANCE COMPANY, GEICO CASUALTY COMPANY, AND USAA CASUALTY INSURANCE COMPANY

NO.  2020 CW 0735

**AUGUST 31, 2020**

---

In Re:  David Gill, Global Energy Services, Inc. of Louisiana, and Hartford Fire Insurance Company, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2019-0002911.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
           FOR THE COURT